UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                Civil Action
                                                                                No: 04-12601-PBS

Maksim Lutskov,
Petitioner,

v.

Lois Russo,
Respondent.

## BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on December 9, 2004. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before March 15, 2005 and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before April 15, 2005.

                                                                                By the Court,

                                                                              /s/ Robert C. Alba
                                                                              Deputy Clerk

February 15, 2005

To: All Counsel