UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

                                                              Check if previously referred     X

Maksim Lutskov

        V.                                      CA No. 04-12601-PBS

Lois Russo

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Collings for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

(B)   Referred for full pretrial case management, not including dispositive motions:

(C)   Referred for discovery purposes only.

(D)   **X**   Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    (**X**) Post Conviction Proceedings - 2254 Petition for Writ of Habeas Corpus.
    See Documents Numbered: _____

(E)   Case referred for events only.  See Doc. No(s). _____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: _____

April 25, 2005                                    By:   /s/ Robert C. Alba
Date                                                          Deputy Clerk

**(Order of Reference - 05/2003)**